JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Fax:  (702) 382-8135
Email:  jrugg@bhfs.com

*Attorneys for Defendant Volkswagen Group of America, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., A New Jersey Corporation,<br><br>Defendant. | CASE NO.:  2:15-cv-1980-JCM-VCF<br><br><br>**STIPULATION AND ORDER** |

Pursuant to Local Rule 7-1, Defendant Volkswagen Group of America, Inc. ("VWGoA"), through its counsel, Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Adam Schwartz ("Plaintiff") by and through his counsel, Lynch, Hopper, Salzano & Smith, LLP, and hereby stipulate as follows:

1. This action was commenced by the filing of a complaint on October 13, 2015.

2. The time to respond has not expired.

3. Plaintiff has informed VWGoA that he intends to file an amended complaint and that it is not necessary for VWGoA to respond to the current complaint.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1   WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for VWGoA to answer of otherwise respond to the Complaint to permit Plaintiff time to file an Amended Complaint.

Dated: November 9, 2015

 /s/ Jeffrey S. Rugg
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Defendant Volkswagen Group of America, Inc., A New Jersey Corporation*

Dated: November 9, 2015

 /s/  Charles "Dee" Hopper
Charles "Dee" Hopper, Esq. (NV Bar No. 6346)
Sergio Salzano, Esq. (NV Bar No. 6482)
LYNCH, HOPPER, SALZANO & SMITH, LLP
1640 Alta Drive, Ste. 11
Las Vegas NV 89106

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO.:    2:15-cv-01980-JCM-VCF

DATE:   November 9, 2015

IT IS FURTHER ORDERED that the Amended Complaint must be filed by November 23, 2015.

Submitted by:

  /s/ Jeffrey S. Rugg
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Fax:  (702) 382-8135
Email:  jrugg@bhfs.com

*Attorneys for Defendant Volkswagen Group of America, Inc.*